IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD ZAPATA, *et al.* ) | |
| ) | |
| Plaintiffs ) | CIVIL ACTION NO. 1:18-cv-01134 |
| ) | |
| v. ) | Judge Timothy J. Kelly |
| ) | |
| B. COLEMAN FLOORING, ) | |
| INSTALLATION, LLC. *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' UNOPPOSED MOTION
FOR APPROVAL OF THE SETTLEMENT**

Originating Plaintiff Ronald Zapata ("Zapata") and the 10 other individuals who opted-in to this collective (together "Plaintiffs") and participating Defendants Lakota Contracting, Inc. t/a NCF Interiors ("Lakota"), and Clark Construction Group, LLC ("Clark") (collectively "Defendants") have settled this lawsuit asserting claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, the District of Columbia Minimum Wage Revision Act ("DCMWRA"), D.C. Code §§ 32-1001, *et seq.*, and the District of Columbia Wage Payment and Wage Collection Law ("DCWPCL"), D.C. Code §§ 32-1301, *et seq.* per the accompanying Collective Action Settlement Agreement and Release. See Doc. 95-1 ("Agreement"). The Agreement requires Clark to pay $200,000 plus Plaintiffs' portion of the mediation costs incurred by the parties in this case. Although the D.C. Circuit has not specifically addressed the issue, several other courts have held that FLSA collective settlements must be judicially reviewed. As discussed in the accompanying memorandum of law, judicial approval of this settlement is warranted.

**WHEREFORE**, Plaintiffs respectfully ask the Court to grant this motion and approve

the settlement.  A proposed order is attached.

  Dated:  October 19, 2020

Respectfully submitted,

/s/ R. Andrew Santillo
R. Andrew Santillo, Esq. (admitted *pro hac vice*)
WINEBRAKE & SANTILLO, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025

/s/ Brian J. Markovitz
Brian J.  Markovitz, Esq. (Bar No.: 481517)
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770

*Attorneys for Plaintiffs*